# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:09CV282

| | |
|---|---|
| PATRICIA B. FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BLUE RIDGE GROUP HOMES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's application and motion to proceed in *forma pauperis.*

The Court finds from the application and motion filed herein that the Plaintiff is unable to make prepayment of the fees or costs or provide security therefor, and the application should be allowed.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's application to proceed in *forma pauperis* is **ALLOWED**, and she is hereby permitted to file and prosecute this action to its conclusion without the prepayment of either fees or costs and without providing security therefor.

**IT IS FURTHER ORDERED** that all processes issued in connection with this action shall be served by the United States Marshal at the expense of the United States Government.

Signed: July 27, 2009

Lacy H. Thornburg
United States District Judge