**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv282**

| | | |
|---|---|---|
| **PATRICIA B. FISHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **BLUE RIDGE GROUP HOMES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to require the parties

to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an

initial attorneys' conference within fourteen (14) days of joinder of the

issues and to file a certificate of initial attorneys' conference within five (5)

days thereafter.  The record reflects that joinder of the issues occurred on

August 19, 2009, when the Defendant Blue Ridge Group Homes filed its

Answer to the Plaintiff's *Pro Se* Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an

initial attorneys' conference as soon as practicable but no later than

**October 5, 2009**, and that the parties shall file a certificate of initial

attorneys' conference with the Court no later than **October 12, 2009**.

      **IT IS SO ORDERED**.


Signed: September 21, 2009

Martin Reidinger
United States District Judge